UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT SMALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:14-cv-042-NT |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 25, 2015, the United States Magistrate Judge filed with the Court, with copies to counsel, his Report and Recommended Decision (ECF No. 24). The plaintiff filed an objection to the Recommended Decision on February 11, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is

**AFFIRMED**. It is further **ORDERED** that the plaintiff's request for oral argument is **DENIED**.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 27th day of February, 2015.